United States District Court
Southern District of New York
U.S. Courthouse - 500 Pearl Street
New York, N.Y. 10007


RECEIVED JAN 19 2016 PRO SE OFFICE

Christopher JACKSON Esq

Case # 15 cv 6375 (LAP)

against

Federal Reserve of New York

Letter re: Follow up

Dear The Honorable Cheif Justice Loretta A. PresMA
I would Like to Inquire the Understanding of my case.
I have sent an email to your Chambers Explaining Documents
In PDF Demonstrating the Issues that Requires Funding
For the Projects. Once Agian Your Honor I Am trying As
Much As I can on my behalf. I Always Dream About Your
Positive Judicial discretion. We must Restore the GlAss
SteAgle Act. No more "BAil outs AND BAil In's". WAll Street
is killing us. I Am Asking You to Please understand the
Process As An Indivisusal As my self who Agree's with
House Bill HR 381 AND Senate bill "S" 1709. With Your
Order Nisi And Great Intentions I'd Enjoy Your Patriotic
Justice. Please Consider this Case Your Honor.

Christopher Jackson